```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A04-0084--CR (RRB)
                  "USA V DEAN BRYAN BOWER"
                  DEF 1.1 BOWER, DEAN BRYAN

        Including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
               Filed: 06/17/04
              Closed: 03/25/05
  No. of Defendants: 1
      MJ Case Number:
                 AKA:
     Location status: U.S. Custody
          Trial date:
          Terminated: YES
   Needs interpreter: NO
   Counsel of record: Sue Ellen Tatter
                      Federal Public Defender
                      550 W. 7th Avenue, Suite 1600
                      Anchorage, AK 99501
                      907-646-3400
                      FAX 907-646-3480
                      Serve: YES
                       Type: FPD
                       Role: Pretrial/Trial


  PLF 1.1 UNITED STATES OF AMERICA

  Counsel of record: Audrey J. Renschen
                     U.S. Attorney's Office
                     222 W. 7th Avenue, #9
                     Anchorage, AK 99513-7567
                     907-271-5071
                     Serve: YES
                      Type: Not specified
                      Role: Pretrial/Trial


  Counts re: DEF 1.1 BOWER, DEAN BRYAN
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 18:2252A(a)(5)(B) & (b)(2) POSSESSION OF CHILD PORNOGRAPHY(F) | Terminated |
| 1 - 1 IND | 2 | 18:2252A(a)(5)(B) & (b)(2) POSSESSION OF CHILD PORNOGRAPHY(F) | Terminated |
| 40 - 1 | 1-S | 18:2252A(a)(5)(B) & (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Sentenced (62-1) |
| 40 - 1 | 2-S | 18:2252A(a)(5)(B) & (b)(2) POSSESSION OF CHILD PORNOGRAPHY (F) | Sentenced (62-1) |
| 40 - 1 | 3-S | 18:3146(a)(1) & (b)(1)(A)(1) FAILURE TO APPEAR (F) | Sentenced (62-1) |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CRIMINAL DOCKET ENTRIES FOR CASE A04-0084--CR (RRB)
                                   "USA V DEAN BRYAN BOWER"

                                       For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable A. Harry Branson, U.S. Magistrate Judge
             Filed: 06/17/04
            Closed: 03/25/05
No. of Defendants: 1


 Document #   Filed      Docket text

     1 -  1   06/17/04   [Re: DEF 1] Indictment.

     2 -  1   06/18/04   [Re: DEF 1] AHB Grand Jury Minutes: bail as previously as set by US MJ
                         continued, set for ARR & Notify USM, on pretrial release, TPC.

     3 -  1   06/18/04   [Re: DEF 1] PLF 1 motion for issuance of summons.

     4 -  1   06/18/04   [Re: DEF 1] PLF 1 motion for case reassignment to Judge Besitline & MJ
                         Branson w/case A04-085CR.

  NOTE -  1   06/21/04   Issued: Summons.

     5 -  1   06/21/04   [Re: DEF 1] PLF 1 Errata re: [Re: DEF 1] PLF 1 motion for issuance of
                         summons (3-1).

     6 -  1   06/21/04   [Re: DEF 1] PLF 1 Errata re: [Re: DEF 1] PLF 1 motion for case
                         reassignment to Judge Besitline & MJ Branson w/case A04-085CR (4-1).

     7 -  1   06/21/04   [Re: DEF 1] AHB Order granting motion for issuance of summons (3-1). cc:
                         USA, FPD, USM, USPO, def w/USM cy

     8 -  1   06/21/04   [Re: DEF 1] JDR Minute Order re Arr set for 6/25/04 at 10:00 a.m. before
                         MJ Branson. cc: USA, FPD, USM, USPO, def w/USM cy

     9 -  1   06/23/04   USM Return of svc on summons re: DEF 1 on 6/22/04.

    10 -  1   06/24/04   [Re: DEF 1] JKS Order granting motion for case reassignment to Judge
                         Besitline & MJ Branson w/case A04-085CR (4-1).  cc: AUSA, FPD, USM,
                         USPO, Judge Beistline, MJ Branson, MJ Roberts

    11 -  1   06/25/04   [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] re Arr on Indt hld
                         6/25/04; S. Tatter apptd; def pled not guilty; PTM's due 7/12/04; cond's
                         of release to remain as prev set. cc: USA, FPD, USM, USPO, Judge
                         Beistline

    12 -  1   06/25/04   [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet &
                         confer by 7/2/04; PTM's due 7/12/04. cc: USA, FPD

    13 -  1   06/28/04   [Re: DEF 1] RRB Minute Order setting trial by jury for 8/30/04 at 8:30
                         a.m. and FPTC for 8/24/04 at 8:30 a.m. in courtroom #3.  cc: AUSA, FPD,
                         USM, USPO, jury clerk, Mj Branson

    14 -  1   07/01/04   [Re: DEF 1] PLF 1 Discovery conference certificate.

    15 -  1   07/13/04   DEF 1 Unopposed motion on shortened time to cont ptms ddln by 5 days
                         w/att aff.

    16 -  1   07/15/04   [Re: DEF 1] AHB Minute Order granting Unopposed motion on shortened time
                         to cont ptms ddln by 5 days (15-1); ptms now due 3:00 p.m., 7/20/04;
                         oppos due 3:00 p.m., 7/28/04; any hrg evid/otherwise set 2:00 p.m.

ACRS: R_RDSDX                   As of 12/27/05 at 09:10 AM by GARRY                       Page 1
```

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0084--CR (RRB)
                                "USA V DEAN BRYAN BOWER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | 8/9/04.  cc: USA, FPD, USM, PO |
| 17 - 1 | 07/19/04 | DEF 1 motion to suppress evidence w/att memo/aff. |
| 18 - 1 | 07/28/04 | [Re: DEF 1] PLF 1 opposition to DEF 1 motion to suppress evidence (17-1). |
| 19 - 1 | 07/29/04 | DEF 1 Unopposed motion for scheduling and planning conference. |
| 20 - 1 | 07/29/04 | PLF 1 Unopposed motion for 1 1/2 hour oral argument on motion to suppress. |
| 21 - 1 | 07/29/04 | DEF 1 Unopposed motion to vacate evidentiary hearing. |
| 22 - 1 | 08/02/04 | [Re: DEF 1] RRB Order granting unopposed motion for scheduling and planning conference (19-1).  Scheduling and planning conference is set for 8/6/04 at 10:00 a.m.  cc: AUSA, FPD, USM, USPO, MJ Branson |
| 23 - 1 | 08/02/04 | [Re: DEF 1] AHB Minute Order denying unopposed motion for 1 1/2 hour oral argument on motion to suppress (20-1); granting Unopposed motion to vacate evidentiary hearing (21-1); R&R will issue w/in next 10 days. cc: USA, FPD, USM, PO |
| 24 - 1 | 08/04/04 | DEF 1 reply to opposition to DEF 1 motion to suppress evidence (17-1). |
| 25 - 1 | 08/09/04 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] S&P conf held 8/6/04.  Def's oral mot for continuance of TBJ granted. Court found excludable delay under section 3161 (h)(1)(F) and (h)(1)(J).  FPTC set 8/24/04 and TBJ set 8/30/04 are vacated.  FPTC is reset for 10/4/04 at 8:15 a.m. and TBJ is reset for 10/12/04 at 8:30 a.m.  Def's conditions of release remain as previously set.  cc: AUSA, FPD, USM, USPO, MJ Branson, JC |
| 26 - 1 | 08/09/04 | [Re: DEF 1] RRB Order of excludable delay under section 3161 (h)(1)(F) & (h)(1)(J). |
| 27 - 1 | 08/11/04 | [Re: DEF 1] PLF 1 Joint renewed request for Oral Argument re: DEF 1 motion to suppress evidence w/aff (17-1). |
| 28 - 1 | 08/12/04 | Initial R&R re: DEF 1 motion to suppress evidence be denied (17-1); Objs due 08/26/04; Reply due 09/09/04. cc: USA, FPD, Judge Beistline |
| 29 - 1 | 08/13/04 | [Re: DEF 1] AHB Minute Order denying joint mot for o/a. cc: USA, FPD |
| 30 - 1 | 08/26/04 | DEF 1 objection to R&R re: DEF 1 motion to suppress evidence w/att memo/aff. (17-1). |
| 31 - 1 | 09/07/04 | DEF 1 Notice of Supplement authority re: DEF 1 motion to suppress evidence (17-1). |
| 32 - 1 | 09/10/04 | [Re: DEF 1] PLF 1 reply to objection to R&R re: DEF 1 motion to suppress evidence w/att memo/aff. (17-1). |
| 33 - 1 | 09/15/04 | Final R&R declines to modify Initial R&R re: DEF 1 motion to suppress evidence (17-1).  cc: USA, FPD, Judge Beistline |
| 34 - 1 | 09/27/04 | [Re: DEF 1] RRB Minute Order denying motion to suppress evidence (17-1). cc: AUSA, FPD, Mj Branson |

```
           UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A04-0084--CR (RRB)
                            "USA V DEAN BRYAN BOWER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 2 | 09/29/04 | {SEALED} |
| 35 - 1 | 09/29/04 | {SEALED} |
| 35 - 2 | 09/29/04 | {SEALED} |
| 36 - 1 | 09/29/04 | {SEALED} |
| 37 - 1 | 10/01/04 | [Re: DEF 1] RRB Minute Order FPTC set 10/4/04 is vacated and reset for 10/5/04 at 11:00 a.m. in Courtroom #3.  cc: AUSA, FPD, USM, USPO |
| 38 - 1 | 10/05/04 | [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] on FPTC (held 10/5/04); def not present; Trial date remains 10/12/04 w/no jury panel; JC will be notified 10/12/04 if jury panel needed on 10/13/04.  cc: USA, FPD, USM, USPO, JC, Fin, ECR, MJ Branson |
| 39 - 1 | 10/12/04 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] of TBJ - day 1 (held 10/12/04); def not present; cnsls' oral mot to take matter off trial calendar GRANTED; govt's oral mot for outstanding WOA to remain in effect GRANTED.  cc: USA, FPD, USM, PO, MJ Branson, JC |
| 40 - 1 | 10/19/04 | [Re: DEF 1] PLF 1 1st Superseding Indictment. |
| NOTE - 3 | 10/20/04 | [Re: DEF 1] Issued WOA. |
| 41 - 1 | 10/20/04 | [Re: DEF 1] RRB Grand Jury Minutes; war of arrest to be iss; det per 18 USC 3142(f). |
| NOTE - 4 | 11/19/04 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/18/04. |
| 42 - 1 | 11/19/04 | [Re: DEF 1] Return of WOA executed on 11/16/04. |
| 43 - 1 | 11/23/04 | [Re: DEF 1] AHB Court Minutes [ECR: Robin Carter] re Arr on 1st Sindt/I/A on request to revoke pretrial release hld 11/22/04; FPD apptd; def pled not guilty; PTM's due 12/8/04; request to revoke pretrial release granted; trial setting conf set for 11/23/04 at 9:45 a.m. before judge Beistline. cc: USA, FPD, USM, USPO, Judge Beistline |
| 44 - 1 | 11/23/04 | [Re: DEF 1] AHB Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 45 - 1 | 11/23/04 | [Re: DEF 1] AHB Order regarding preparation for trial re cnsl to meet & confer by 11/22/04; PTM's due 12/8/04. cc: USA, FPD |
| 46 - 1 | 11/23/04 | {SEALED} |
| 47 - 1 | 11/24/04 | [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] Trial date setting conference held 11/23/04.  FPTC is set for 1/18/05 at 1:00 p.m. and TBJ is set for 1/24/05 at 8:30 a.m.  cc: AUSA, FPD, USM, USPO, Mj Branson, JC |
| 48 - 1 | 11/24/04 | [Re: DEF 1] RRB Order of excludable delay under section 3161 (h)(8)(B)(iv)4) from 10/12/04 to 1/24/05. |
| 49 - 1 | 11/30/04 | [Re: DEF 1] PLF 1 Discovery Conference Certificate. |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A04-0084--CR (RRB)
                              "USA V DEAN BRYAN BOWER"
_____
                                 For all filing dates
_____


 Document #    Filed      Docket text
 _____    _____      _____

     50 -  1   12/08/04   DEF 1 motion to sever the trial of count three from the trial of counts
                          1 and 2.

     51 -  1   12/17/04   [Re: DEF 1] PLF 1 opposition to DEF 1 motion to sever the trial of count
                          three from the trial of counts 1 and 2 (50-1) w/att exh.

     52 -  1   12/23/04   Initial R&R recommends GRANTING re: DEF 1 motion to sever the trial of
                          count three from the trial of counts 1 and 2. (50-1). Objections due
                          01/05/05. Reply due 01/11/05. cc: USA, FPD, Judge Beistline

     53 -  1   01/04/05   DEF 1 Notice of withdrawal of mot to sever.

     54 -  1   01/04/05   DEF 1 Notice of Intent to change plea.

     55 -  1   01/04/05   [Re: DEF 1] PLF 1 Consent to conditional plea.

     53 -  2   01/05/05   Clerk's Notice withdrawing motion to sever the trial of count three from
                          the trial of counts 1 and 2 (50-1).

     56 -  1   01/05/05   [Re: DEF 1] RRB Minute Order COP hearing is set for 1/6/05 at 10:30 a.m.
                          in Courtroom #3.  cc: AUSA, FPD, USM, USPO, MJ Branson

     57 -  1   01/06/05   [Re: DEF 1] RRB Court Minutes [ECR: Robin Carter] COP held 1/6/05.  Def
                          changed pleas to guilty on counts 1, 2 & 3 of the First Superseding
                          Indictment.  Court accepted please.  Def referred to USPO for
                          presentence report.  IOS set for 3/22/05 a 1:15 p.m.  TBJ set 1/24/05
                          and FPTC set 1/18/05 at vacated.  cc: AUSA, FPD, USM, USPO, JC, MJ
                          Branson

     58 -  1   03/15/05   [Re: DEF 1] PLF 1 Sentencing Memorandum.

     59 -  1   03/15/05   DEF 1 Sentencing Memorandum.

     59A-  1   03/22/05   DEF 1 appeal to judgment (conviction only). cc: USA, FPD, USM, PO, Judge
                          Beistline, 9CCA

     60 -  1   03/24/05   [Re: DEF 1] RRB Court Minutes [ECR: Linda Christensen] re IOS (held
                          3/22/05); sentence imposed as stated in the judgment.

     61 -  1   03/24/05   THIS NUMBER NOT USED.

     62 -  1   03/25/05   [Re: DEF 1] RRB Judgment pleaded guilty to count(s) 1S,2S,3S of document
                          (40-1).  Imprisonment for a term of 120 months as to ct 1 & 2 to run
                          concurrently, and 15 months as to Ct 3 to run consecutively with the
                          sentence of imprisonment imposed as to Ct 1 & 2.  SR 3 years as to Cts
                          1,2, & 3 to run concurrently w/standard and special conditions.  SA
                          $300.00  cc: AUSA, FPD, USM, USPO, MJ Branson, Finance, FLU, Def w/cnsl
                          cy

   NOTE -  5   03/29/05   Transmittal: Forwarded notice of appeal (59A-1) to 9CCA.

     63 -  1   03/29/05   [Re: DEF 1] Cy 9CCA Time Schedule Order. (59A-1) cc:USA, FPD, USM, PO,
                          Judge Beistline, 9CCA (original), ECR

     64 -  1   04/12/05   DEF 1 Transcript Designation/Order Form re: notice of appeal (59A-1)
                          none requested.

 ACRS: R_RDSDX                    As of 12/27/05 at 09:10 AM by GARRY                      Page 4
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A04-0084--CR (RRB)
"USA V DEAN BRYAN BOWER"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 65 - 1 | 04/13/05 | [Re: DEF 1] cy 9CCA Certificate of Record. (59A-1) cc: USA, USM, PO, 9CCA (original), Judge Beistline, FPD (redistributed w/corrected file date stamp of 4/13/05 ) |
| 66 - 1 | 05/02/05 | [Re: DEF 1] Cert Cy of Partial Transcript of IOS (held 3/22/05). |
| 67 - 1 | 07/15/05 | USM Return of svc on judgment re: DEF 1 executed on 5/25/05 to FCI Sheridan at Sheridan, OR. |