**NOT FOR PUBLICATION**

RECEIVED
AUG 24 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED
JUL 28 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DEAN BRYAN BOWER, Defendant - Appellant. | No. 05-30168 D.C. No. CR-04-00085-a-RRB/AH MEMORANDUM* |

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff - Appellee, v. DEAN BRYAN BOWER, Defendant - Appellant. | No. 05-30324 D.C. No. CR-04-00084-a-RRB |

Appeal from the United States District Court
for the District of Alaska
Ralph R. Beistline, District Judge, Presiding

Argued and Submitted July 24, 2006
Anchorage, Alaska

---

\*  This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36-3.

Before: KOZINSKI, BERZON, and TALLMAN, Circuit Judges.

Soon after Bower submitted his opening brief, we published *United States v. Gourde*, 440 F.3d 1065 (9th Cir. 2006) (en banc). *Gourde* controls this case.

AFFIRMED.

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

AUG 21 2006

by: _____
Deputy Clerk